FILED
OCT 23 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHAUN A. FAISON,

    Plaintiff,

v.                                Civil Action No. 3:15CV507

M. ELLIOT, et al.,

    Defendants.

MEMORANDUM OPINION

By Memorandum Order entered on September 14, 2015, the Court conditionally docketed the action. At that time, the Court directed Shaun A. Faison to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Faison that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Faison has not complied with the order of this Court. Faison failed to return the consent to collection of fees form. As a result, he does not qualify for in forma pauperis status. Furthermore, he has not paid the statutory filing fee for the instant action. See 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. See Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Faison.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: October 22, 2015
Richmond, Virginia